IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CHOYCE, | No. C 11-0864 JSW (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| WARDEN, | |
| Respondent. | |

Petitioner, a California prisoner, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. An application for a federal writ of habeas corpus filed by a prisoner who is in state custody pursuant to a judgment of a state court may not be granted unless the prisoner has first exhausted state judicial remedies, either by way of a direct appeal or in collateral proceedings, by presenting the highest state court available with a fair opportunity to rule on the merits of each and every issue he or she seeks to raise in federal court. *See* 28 U.S.C. § 2254(b),(c); *Granberry v. Greer*, 481 U.S. 129, 133-34 (1987). Petitioner has the burden of pleading exhaustion in his habeas petition. *See Cartwright v. Cupp*, 650 F.2d 1103, 1104 (9th Cir. 1981).

Petitioner indicates in his petition that he did not file any direct appeals from the conviction he is challenging. (Petition at 3.) He also indicates that the only other challenges he made to his conviction were in the state superior court. (*Id.* at 4-5.) Consequently, it is clear from the petition that Petitioner has not presented any claims to

1  the California Supreme Court, nor has he presented any exceptional circumstances to
2  excuse his doing so. *See Granberry*, 481 U.S. at 134. The petition is therefore
3  unexhausted and is DISMISSED without prejudice to refiling after available state
4  judicial remedies are exhausted.
5   The Clerk of the Court shall enter judgment and close the file.
6   IT IS SO ORDERED.
7  DATED: March 29, 2011

JEFFREY S. WHITE
United States District Court Judge

United States District Court<br>For the Northern District of California

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

BENJAMIN CHOYCE,

        Plaintiff,

  v.

WARDEN, et al,

        Defendant.

                                           /

Case Number: CV11-00864 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin C. Choyce
T95057
P.O. Box 5002
Calipatria, CA 92233

Dated: March 29, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk